# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID A. SHOOK, ADC#550021,**  **PLAINTIFFS**
**and MICHELLE J. SHOOK**

V.                      NO: 4:16-CV-184-SWW-BD

**EVERETT UCHTMAN**                      **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.   Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.   Discussion:**

Before docketing a prisoner's civil rights complaint, or as soon thereafter as practicable, the court must review the complaint to determine which claims can go forward. Claims must be dismissed if they: (1) are frivolous or malicious; (2) fail to state a claim upon which relief may be granted; or (3) seek monetary relief against a defendant who is immune from such relief. See 28 U.S.C. § 1915A. Although a complaint requires

only a short and plain statement of the claim showing that the pleader is entitled to relief, the factual allegations must be sufficient to raise the right to relief above the speculative level. See Fed. R. Civ. P. 8(a)(2); *Bell Atlantic Corporation v. Twombly*, 550 U.S. 544, 555 (2007) ("a plaintiff's obligation to provide the 'grounds' of his 'entitle[ment]to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do...."). While construed liberally, a *pro se* complaint must include enough facts to state a claim to relief that is plausible on its face, not merely conceivable. *Martin v. Sargent*, 780 F .2d 1334, 1337 (8th Cir.1985).

David Shook, an inmate at the Faulkner County Detention Center, and his wife Michelle Shook, an inmate at the Baxter County Jail, filed this lawsuit without the help of a lawyer, under 42 U.S.C. § 1983, claiming that Defendant Uchtman slandered and defamed them on Facebook. These allegations, even if true, do not state a federal cause of action. *Miner v. Brackney*, 719 F.2d 954, 955 (8th Cir. 1983)(defamation and slander do not constitute a cause of action under § 1983).

### III.  **Conclusion:**

The Court recommends that the Shooks' claims against Defendant Uchtman be DISMISSED, without prejudice, because they are not federal claims.

DATED this 6th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE