**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**DAVID A. SHOOK, ADC#550021,**                                          **PLAINTIFFS**
**and MICHELLE J. SHOOK**

**V.**                                  **NO: 4:16CV00184 SWW**

**EVERETT UCHTMAN**                                                    **DEFENDANT**

**ORDER**

The Court has received a Recommended Disposition ("Recommendation") issued

by Magistrate Judge Beth Deere.  After careful review of the Recommendation, David

and Michelle Shooks' timely objections, as well as a *de novo* review of the record, the

Court concludes that the Recommendation should be, and hereby is, approved and

adopted as this Court's findings in all respects.

The Shooks' claims against Defendant Uchtman are DISMISSED, without

prejudice, based on their failure to state a claim under 42 U.S.C. § 1983.

IT IS SO ORDERED, this 21st day of July, 2016.

/s/Susan Webber Wright
UNITED STATED DISTRICT JUDGE